**MDL 1519**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

APR 15 2003

FILED
CLERK'S OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF FLORIDA

MDL-1519 -- IN RE THE PROGRESSIVE INSURANCE CORPORATION UNDERWRITING & RATING PRACTICES LITIGATION

CONSENT OF TRANSFEREE COURT

The United States District Court for the Northern District of Florida hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable Maurice M. Paul for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

_____
Chief Judge

Date: 4/8/03

AFTER APPROVAL, PLEASE RETURN ORIGINAL FORM TO:

**Office of the Clerk
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, NE
Room G-255, North Lobby
Washington, D.C. 20002-8004**

THIS ASSIGNMENT IS CONFIDENTIAL UNTIL ORDER OF TRANSFER IS FILED BY THE PANEL

IMAGED APR 15 '03

**OFFICIAL FILE COPY**