JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MDL 1519

MAY 26 2005

FILED
CLERK'S OFFICE

## DOCKET NO. 1519

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE THE PROGRESSIVE CORPORATION INSURANCE UNDERWRITING & RATING PRACTICES LITIGATION

*Seth Silverman v. Progressive Corp., et al.*, S.D. Texas, C.A. No. 4:05-1647

### CONDITIONAL TRANSFER ORDER (CTO-3)

On April 15, 2003, the Panel transferred three civil actions to the United States District Court for the Northern District of Florida for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, two additional actions have been transferred to the Northern District of Florida. With the consent of that court, all such actions have been assigned to the Honorable Maurice M. Paul.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the Northern District of Florida and assigned to Judge Paul.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Northern District of Florida for the reasons stated in the order of April 15, 2003, 259 F.Supp.2d 1370 (J.P.M.L. 2003), and, with the consent of that court, assigned to the Honorable Maurice M. Paul.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Florida. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

PLEADING NO. 20

Inasmuch as no objection is pending at this time, the stay is lifted.

JUN 1 3 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

**OFFICIAL FILE COPY**

IMAGED JUN 1 3 2005